JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F&F Oxnard Property LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-04839-AFM<br><br>*Hon. Alexander F. MacKinnon*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 9, 2020<br>Trial Date:　Not on Calendar |

　　Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

　　Plaintiff Brenda Core's ("Plaintiff") action against F&F Oxnard Property LLC, a California Limited Liability Company ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated:　7/6/2020

　　　　　　　　　　　　　　　　　　　　　　　/s/ Alex MacKinnon
　　　　　　　　　　　　　　　　　　　　　　　Hon. Alexander F. MacKinnon
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge